# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **JULIO MURRIETA ALVARADO** Plaintiff, v. **FCA US LLC, a Delaware Limited Liability Company; and DOES 1 through 10, inclusive,** Defendant, | Case No: **5:17-cv-00505-MRW** **ORDER GRANTING JOINT STIPULATION AND ORDER TO DISMISS CASE** |

**ORDER**

The stipulation is approved. The entire action is hereby dismissed with prejudice.

IT IS SO ORDERED.

DATED: December 30, 2019

_____
Honorable Judge Michael R. Wilner